Harnik Wilker & Finkelstein LLP
Attorneys for Plaintiff
Pensionsversicherungsanstalt
Olympic Tower
645 Fifth Avenue, 7th Floor
New York, NY 10022-5937
Tel. No. (212) 599-7575
Facsimile (212) 867-8120
Email: stephen@harnik.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Pensionsversicherungsanstalt,

                Plaintiff,

        - against -

The Estate of Rose Eisinger;
Sonja Rosenbaum individually and as
distributee of the Estate of Alphons Rosenbaum;
Gladys Robinson and Phillip L. Greenblatt,

                Defendants.
------------------------------------------------------------------X

Docket No.

COMPLAINT

07 5300

BLOCK, J.

MANN. M.J.

Plaintiff, Pensionsversicherungsanstalt, by its attorneys, Harnik Wilker & Finkelstein LLP, respectfully alleges:

## PARTIES

1.   Plaintiff is the Austrian Pension Institute, citizen of a foreign state, with its principal place of business at Friedrich Hillegeiststrasse 1, A-1021 Wien, Austria (hereinafter "Plaintiff").

2.   Rose Eisinger died on October 4, 1989.  (Exhibit "A").

3.   Alphons Rosenbaum died on September 26, 2005. (Exhibit "B").

4.   Upon information and belief, defendant Sonja Rosenbaum, a citizen of New York, is the widow of Alphons Rosenbaum and the daughter in law of Rose Eisinger and the fiduciary of the Estate of Alphons Rosenbaum and resides at 1 Club Drive, Apt. 1, Woodmere, NY 11598.

5.      Upon information and belief, at all times relevant herein, Phillip L. Greenblatt ("Greenblatt") is a duly licensed New York Notary Public, resides at 141 Broadway, Malverne, NY 11565.

6. Upon information and belief, Gladys Robinson ("Robinson") is a duly licensed New York Notary Public.

## JURISDICTION

7.      The matter in controversy exclusive of interest and costs exceeds seventy five thousand ($75,000.00) dollars.

8.      The court has jurisdiction over the parties pursuant to 28 U.S.C. § 1332 (a) (2).

## BACKGROUND

9.      Rose Eisinger, ("decedent") was a recipient of a pension paid by plaintiff.  Rose Eisinger died on October 4, 1989, (Ex. "A" hereto).  Under Austrian Law, decedent's entitlement to a pension from plaintiff ended upon her death in the month of October 1989.  Under Austrian law, pension payments are personal to the recipient and do not survive death.  ASVG § 100. (All references to foreign law herein, with translation of the pertinent language, are annexed hereto as Ex. "C")

10.      Every six months, plaintiff requests from its recipients a duly notarized "Certificate of Life." So long as plaintiff receives such certificates, it continues making payments.

11.      Although decedent died October 4, 1989, upon information and belief, Alphons Rosenbaum, her son, continued to send falsely notarized life certificates in decedent's name to plaintiff for the period from November 1989 through and including February 2005, as follows, (Ex. "D"):

| Date of Notarization | Notary | Received by Plaintiff |
|---|---|---|
| 02/06/1990 | Gladys Robinson | 02/11/1990 |
| 08/02/1990 | Gladys Robinson | 08/13/1990 |
| Feb. 1991 | Gladys Robinson | 03/04/1991 |
| 08/02/1991 | Gladys Robinson | 08/16/1991 |
| 02/25/1992 | Gladys Robinson | 03/02/1992 |
| 08/21/1992 | Gladys Robinson | 08/31/1992 |
| 03/01/1993 | Gladys Robinson | 03/09/1993 |
| 08/05/1993 | Gladys Robinson | 08/13/1993 |
| 02/18/1994 | Gladys Robinson | 02/28/1994 |
| 08/05/1994 | Gladys Robinson | 08/11/1994 |
| 02/15/1995 | Gladys Robinson | 03/12/1995 |
| 08/02/1995 | Gladys Robinson | 08/10/1995 |
| 03/13/1996 | Gladys Robinson | 03/18/1996 |
| 08/26/1996 | Gladys Robinson | 08/30/1996 |
| 02/12/1997 | Gladys Robinson | 02/19/1997 |
| 08/06/1997 | Gladys Robinson | 08/14/1997 |
| 02/20/1998 | Gladys Robinson | 02/27/1998 |
| 08/03/1998 | Gladys Robinson | 08/10/1998 |
| 02/17/1999 | Gladys Robinson | 02/25/1999 |
| 08/09/1999 | Gladys Robinson | 08/10/1999 |
| 02/03/2000 | Gladys Robinson | 02/10/2000 |
| 07/30/2000 | Phillip L. Greenblatt | 08/09/2000 |
| 01/26/2001 | Phillip L. Greenblatt | 02/06/2001 |
| ------------ | Phillip L. Greenblatt | 08/02/2001 |
| 02/13/2002 | Phillip L. Greenblatt | 02/27/2002 |
| 07/10/2002 | Phillip L. Greenblatt | 07/16/2002 |
| 1/30/2003 | Phillip L. Greenblatt | 02/05/2003 |
| ------------ | Phillip L. Greenblatt | 07/21/2003 |
| 02/23/2005 | Phillip L. Greenblatt | 03/01/2005 |
|  | Phillip L. Greenblatt |  |
|  | Phillip L. Greenblatt |  |
|  | Phillip L. Greenblatt |  |

2. The certificates were sent to plaintiff.

On February 21, 1990, plaintiff received a letter signed by Alphons Rosenbaum, sta... Rose Eisinger had not received her pension for February 1990. On March 6, 1990, Alp... ...nbaum followed up with a second letter complaining that his mother had not received her l... ...sion payments, thus, falsely representing that Rose Eisinger was still alive (see Ex. "E").

...hat representation, plaintiff reinstated the monthly payments.

...matter of Austrian Law, Alphons Rosenbaum was obligated to notify plaintiff...

Rose Eisinger's death, within two weeks thereof and to return any and all overpayments made post death. ASVG §§ 40 and 107(1), (see Ex. "F").

15.    On September 19, 2006, Sonja Rosenbaum advised the Austrian Consulate General in New York that her husband Alphons Rosenbaum had passed away in September 2005 and handed the Consulate, checks which were sent to Alphons Rosenbaum and Rose Eisinger after Alphons's death. The Consulate forward to plaintiff the checks 1989 and the pension was immediately suspended. (Ex. "G")

16.    Plaintiff made pension payments to decedent for the period from November 1989 until April 2006 in the amount of EUR 109,247.13.

## COUNT I

### AGAINST SONJA ROSENBAUM INDIVIDUALLY AND AS DISTRIBUTEE OF THE ESTATE OF APHONS ROSENBAUM

17.    Plaintiff repeats and realleges paragraphs, 1 – 13, above.

18.    Defendant has been unjustly enriched.

## COUNT II

### AGAINST ROBINSON AND GREENBLATT FOR CONSPIRACY TO COMMIT FRAUD

19.    Plaintiff repeats and realleges paragraphs, 1 – 13, above.

20.    Upon information and belief, on the dates stated in ¶ 11 above, Robinson and Greenblatt conspired with Alphons Rosenbaum to falsely notarize life certificates of Rose Eisinger, even though she was dead. These false notarizations enabled Alphons Rosenbaum, upon information and belief, to deprive plaintiff of substantial sums of money for 16 years.

WHEREFORE, Plaintiff demands judgment:

a) on Count I against Sonja Rosenbaum individually and as distributee of the Estate of Alphons Rosenbaum in the amount of not less than EUR 109,247.13 to be converted to U.S. dollars on the date of judgment;

b) on Count II Gladys Robinson and Phillip L. Greenblatt jointly and severally, in the amount of not less than EUR 109,247.13 to be converted to U.S. dollars on the date of judgment;

c) punitive damages in an amount to be determined by the Court; statutory interest;

d) reasonable attorneys' fees as applicable; e) the costs and disbursements of suit; and

e) such other and further relief as the court deems just and equitable under the circumstances.

Dated: New York, New York
December 19, 2007

Harnik Wilker & Finkelstein LLP

By: _____
Stephen M. Harnik, Esq.

Attorneys for Plaintiff
Pensionsversicherungsanstalt
645 Fifth Avenue, 7th Floor
New York, New York 10022
(212) 599-7575

# EXHIBIT "A"

**U.S. - Österreichisches Sozialversicherungsabkommen**
**Request/Transmittal/Certification**
**Anfrage/Übermittlung/Bescheinigung**

WAS EINGELANGT
3. JULI 2007

| DATE OF ORIGINAL (MONTH/DAY/YEAR) DATUM DER ERSTANFRAGE (MONAT/TAG/JAHR) (06 / 20 /07) | DATE(S) OF FOLLOWUP(S) (MONTH/DAY/YEAR) DATUM DER FOLGEANFRAGE(N) (MONAT/TAG/JAHR) | |
|---|---|---|
| | 1.(  /  /  ) | 2.(  /  /  ) |

| TO/AN: | FROM/VON: |
|---|---|
| NSIONSVERSICHERUNGSANSTALT UPTSTELLE WIEN EDRICH-HILLEGEIST-STRASSE 1 1 VIENNA STRIA | ☒ Social Security Administration Division of International Operations P.O. Box 17049 Baltimore, MD 21235-7049 USA ☐ U.S. Embassy, Vienna Amerikanische Gesandschaft, Wien  WLA3 |

## 1. INFORMATION ABOUT THE CLAIM/EINZELHEITEN BEZÜGLICH DES ANTRAGS

| a) Name of Worker Vor- und Familienname des Versicherten → | First Name(s)/Vorname(n) ROSE | Last Name(s)/Familienname(n) WEITZ |
|---|---|---|
| b) Full Name at Birth Geburtsname | ROSE BRANDEWEIN | N/A |
| c) U.S. Social Security Number U.S. – Versicherungsnummer | 096 / 28 / 0560 | 2 9. JUNI 2007 eingelangt |
| d) Austrian Insurance Number Österreichische Versicherungsnummer | 2881 / 290608 | Beilagen:    Bearb . 14 |

| e) Name of Claimant (Include Maiden Name) Name des Antragstellers (mit Geburtsname) | |
|---|---|
| f) Address and Telephone Number of Claimant Adresse und Telefonnummer des Antragstellers | Address/Adresse  Telephone Number/Telefonnummer |
| g) Relationship to Worker Verwandtschaftsverhältnis zum Versicherten | |

| h) Type of Benefits Claimed Art der beantragten Leistung | U.S. | Austria/Österreich |
|---|---|---|
| Retirement Alterspension | ☐ | ☐ |
| Disability Erwerbsunfähigkeitspension | | |
| Survivors Hinterbliebenenpension(en) | ☐ | ☐ |
| i) Date Claim Filed (Month/Day/Year) Tag der Antragstellung (Monat/Tag/Jahr) | /   / | |

Form SSA-2960-AU (3-00)

## 2. CERTIFICATION OF DATA/BESTÄTIGUNG DER PERSONALANGABEN

| a) Date of Birth / Gerburtsdatum | Name / Vor-und Familienname | Date (M/D/Y) / Datum (M/T/J) | Verified / Bestätigt | Place of Birth (City, Country) / Geburtsort (Stadt, Land) |
|---|---|---|---|---|
| Worker / Versicherte(r) | ROSE WEITZ | 06 / 29 / 08 | ☐ | |
| Widow(er)/Former Spouse / Witwe(r) - früherer Ehegatte | | / / | ☐ | |
| Child/Kind | | / / | ☐ | |
| Child/Kind | | / / | ☐ | |
| b) Date of Death/Todestag | | 10 / 04 / 89 | ☐ | |
| c) Date of Marriage / Tag der Eheschliessung | | / / | ☐ | |
| d) Date of Divorce / Tag der Ehescheidung | | / / | ☐ | |

| e) Sex of Worker / Geschlecht des/der Versicherten | ☐ Male/männlich  ☐ Female/weiblich |
|---|---|

| f) Periods of Disability / Zeiten der Erwerbsunfähigkeit | ☐ Yes/Ja ☐ No/Nein | FROM/von (Month/Year) (Monat/Jahr): /  \nTO/bis (Month/Year) (Monat/Jahr) : / |
|---|---|---|

| g) Citizenship / Staatsangehörigkeit | Worker / Versicherte(r) | Widow(er)/Former Spouse / Witwe(r) - früherer Ehegatte | |
|---|---|---|---|
| h) Country of Residence / Aufenthaltsland | Worker / Versicherte(r) | Widow(er)/Former Spouse / Witwe(r) - früherer Ehegatte | |

| i) Benefit Data / Angaben zur Rentenleistung | Month/Monat | Year/Jahr | Amount/Betrag | Type of Claim / Art der Leistung |
|---|---|---|---|---|
| Worker / Versicherte(r) | | | | ☐ RET/Altersleistung  ☐ DIB/Erwerbsunfähigkeitsleistung  ☐ Spouse/Widow(er)/Ehegatte/Witwe(r) |
| Widow(er)/Former Spouse / Witwe(r) - früherer Ehegatte | | | | ☐ RET/Altersleistung  ☐ DIB/Erwerbsunfähigkeitsleistung  ☐ Spouse/Widow(er)/Ehegatte/Witwe(r) |

## 3. INFORMATION PROVIDED/WEITERLEITUNG VON ANGABEN

| a) Earnings Record/Versicherungsverlauf | ☐ | |
|---|---|---|
| b) Information Requested On (Month, Day, Year)/Ihre Anfrage vom (Monat, Tag, Jahr) | ☒ | 03 / 19 / 07 |
| c) Medical Evidence For/Ärztliche Unterlagen für | Name: | ☐ |
| d) Other -- See Remarks/Sonstiges-siehe unter Bemerkungen | ☐ | |

## 4. INFORMATION NEEDED/VON ÖSTERREICH BENÖTIGTE INFORMATIONEN

A claim for benefits under the U.S.– Austrian Social Security Agreement has been filed on the Social Security number shown above. The information identified below is needed by the U.S.A. to process the claim.
Es wurde ein Antrag auf Grund des amerikanisch-österreichischen Sozialversicherungsabkommens unter der oben angeführten U.S. Versicherungsnummer gestellt. Die nachstehend angeführten Angaben werden für die Bearbeitung dieses Antrags benötigt.

| a) Form A/USA 2/Vordruck A/USA 2 | ☐ | |
|---|---|---|
| b) Earnings Record/Versicherungsverlauf | ☐ | |
| c) Status of Earlier Request(s)/Stand unserer Anfrage(n) | ☐ | / / |
| d) Other – See Remarks/Sonstiges-siehe unter Bermerkungen | ☐ | |

## 5. REMARKS/BEMERKUNGEN:

| Signature/Unterschrift \n BRENDA PEAY | Date/Datum: \n June 20, 2007 | Stamp/Stempel |
|---|---|---|

Form SSA-2960-AU (3-00)  Page 2

# EXHIBIT "B"

595

DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

REGISTER NUMBER
654

| 1. NAME - FIRST | MIDDLE | LAST | 2. SEX: MALE [X]1 FEMALE [ ]2 | 3A. DATE OF DEATH: MONTH 09 DAY 26 YEAR 2005 | 3B. HOUR: 07:24 P m |
|---|---|---|---|---|---|

ALPHONS | ROSENBAUM

| 4A. PLACE OF DEATH: (Check One) HOSPITAL DOA ER [ ] | HOSPITAL OUTPATIENT [ ] | HOSPITAL INPATIENT [X] | NURSING HOME [ ] | PRIVATE RESIDENCE [ ] | HOSPICE FACILITY [ ] | OTHER (Specify): [ ] | 4B. IF FACILITY, DATE ADMITTED: MONTH 09 DAY 21 YEAR 2005 |

| 4C. NAME OF FACILITY: (If not facility, give address) WESTCHESTER MEDICAL CENTER | 4D. LOCALITY: (Check one and specify) CITY [ ] VILLAGE [ ] TOWN [X] MOUNT PLEASANT | 4E. COUNTY OF DEATH: WESTCHESTER |

| 4F. MEDICAL RECORD NO. M2005-1955 | 4G. WAS DECEDENT TRANSFERRED FROM ANOTHER INSTITUTION? (If yes, specify institution name, city or town, county and state) NO [ ] YES [ ] |

| 5. DATE OF BIRTH: MONTH 03 DAY 12 YEAR 1935 | 6A. AGE IN YEARS: 70 yrs. | 6B. IF UNDER 1 YEAR ENTER: months days | 6C. IF UNDER 1 DAY ENTER: hours minutes | 7A. CITY AND STATE OF BIRTH: (If not USA, Country and Region/Province) SWITZERLAND | 7B. IF AGE UNDER 1 YEAR, NAME OF HOSPITAL OF BIRTH: |

| 8. SERVED IN U.S. ARMED FORCES? (specify years) NO [X] YES [ ]1 | 9. DECEDENT OF HISPANIC ORIGIN? Check the boxes that best describe whether the decedent is Spanish/Hispanic/Latino. A [X] No, not Spanish/Hispanic/Latino B [ ] Yes, Mexican, Mexican American, Chicano C [ ] Yes, Puerto Rican D [ ] Yes, Cuban E [ ] Yes, Other Spanish/Hispanic/Latino (Specify) | 10. DECEDENT'S RACE: Check one or more races to indicate what the decedent considered himself or herself to be: A [ ] White/Caucasian B [ ] Black or African American C [ ] Asian Indian D [ ] Chinese E [ ] Filipino F [ ] Japanese G [ ] Korean H [ ] Vietnamese J [ ] Native Hawaiian K [ ] Guamanian or Chamorro M [ ] Samoan N [ ] American Indian or Alaska Native (specify) P [ ] Other Asian (specify) R [ ] Other Pacific Islander (specify) S [ ] Other (specify) |

| 11. DECEDENT'S EDUCATION: Check one box that best describes the highest degree or level of school completed at the time of death. 1 [ ] 8th grade 2 [ ] 9th-12th grade; no diploma 3 [ ] High school graduate or GED 4 [ ] Some college credit, but no degree 5 [ ] Associate degree 6 [ ] Bachelor's degree 7 [ ] Master's degree 8 [ ] Doctorate/Professional degree |

| 12. SOCIAL SECURITY NUMBER. 096280561 | 13. MARITAL STATUS: NEVER MARRIED [ ]1 MARRIED [X]2 WIDOWED [ ]3 DIVORCED [ ]4 SEPARATED [ ]5 | 14. SURVIVING SPOUSE: Enter name if married or separated. If surviving spouse is wife, enter maiden name. SONJA GOLDSTEIN |

| 15A. USUAL OCCUPATION (Do not use retired) OFFICER | 15B. KIND OF BUSINESS OR INDUSTRY: BANK INDUSTRY | 15C. NAME AND LOCALITY OF COMPANY OR FIRM: I.E.B. N.Y.C. N.Y. |

| 16A. RESIDENCE (State or Country if not USA) NEW YORK | 16B. County or Region/Province not USA: NASSAU | 16C. LOCALITY: (Check one and specify) CITY [ ] VILLAGE [ ] TOWN [X] HEMPSTEAD | 16D. IF CITY OR VILLAGE IS RESIDENCE WITHIN CITY OR VILLAGE LIMITS? YES [ ] NO, SPECIFY TOWN: HEMPSTEAD |

| 16D. STREET AND NUMBER OF RESIDENCE 1 CLUB DR. APT 1AR WOODMERE | 16E. ZIP CODE: 11598 |

| 17. NAME OF FATHER FIRST SALMANN MI LAST ROSENBAUM | 18. MAIDEN NAME OF MOTHER FIRST ROSA MI LAST BRANDWEIN |

| 19A. NAME OF INFORMANT SONJA ROSENBAUM | 19B. MAILING ADDRESS: (include zip code) 1 CLUB DR APT 1AR WOODMERE N.Y 11598 |

| 20A. METHOD OF DISPOSITION [ ]1 BURIAL [ ]2 CREMATION [ ]3 ENTOMBMENT [ ]4 REMOVAL [ ]5 HOLD [ ]6 DONATION MONTH 09 DAY 28 YEAR 2005 | 20B. PLACE OF BURIAL, CREMATION, REMOVAL OR OTHER DISPOSITION. NEW MONTEFIORE PINELAWN N.Y. | 20C. LOCATION: (City or town and state) N.Y. 11570 | 21B. REGISTRATION NUMBER: |

| 21A. NAME AND ADDRESS OF FUNERAL HOME: GUTTERMAN'S INC 175 LONG BEACH ROCKVILLE CENTRE 00737 |

| 22A. NAME OF FUNERAL DIRECTOR JAMES AREVALO | 22B. SIGNATURE OF FUNERAL DIRECTOR ▶ James Arevalo | 22C. REGISTRATION NUMBER: 00110 |

| 23A. SIGNATURE OF REGISTRAR Patricia Jose Scuro | 23B. DATE FILED: MONTH 09 DAY 27 YEAR 2005 | 24A. SIGNATURE OF PERSON REMOVAL PERMIT ISSUED BY: Patricia Jose Scuro | 24B. DATE ISSUED: MONTH 09 DAY 27 YEAR 2005 |

**ITEMS 25 THRU 33 COMPLETED BY CERTIFYING PHYSICIAN -- OR -- CORONER/CORONER'S PHYSICIAN OR MEDICAL EXAMINER**

A. CERTIFICATION: To the best of my knowledge, death occurred at the time, date and place and due to the causes stated.

| Certifier's Name: | License No.: 165926 | Signature: Duc Duong | Month 09 Day 27 Year 2005 |

| Certifier's Title: 0 [ ] Attending Physician 0 [ ] Physician acting on behalf of Attending Physician 1 [ ] Coroner 2 [X] Medical Examiner / Deputy Medical Examiner | Address: Duc V. Duong, MD, Westchester County Medical Examiner's Office, Valhalla, NY |

| 25B. If certifier is not a physician, enter Coroner's Physician's name & title: | License No.: | Signature: | Month Day Year |

| 25C. If certifier is not attending physician, enter Attending Physician's name & title: | License No.: | Address: |

| 26A. Attending physician attended deceased: (If NA, 70) Month Day Year | 26B. Deceased last seen alive by attending physician: Month Day Year | 26C. Pronounced Dead by M.E. or Coroner: Month 09 Day 26 Year 2005 Time 07:24 P M |

| 27 MANNER OF DEATH NATURAL CAUSE [ ]1 ACCIDENT [X]2 HOMICIDE [ ]3 SUICIDE [ ]4 UNDETERMINED CIRCUMSTANCES [ ]5 PENDING INVESTIGATION [ ]6 | 28. WAS CASE REFERRED TO CORONER OR MEDICAL EXAMINER? NO [ ]0 YES [X]1 | 28A. AUTOPSY? NO [ ]0 YES [X]1 REFUSED [ ]2 | 28B. IF YES, WERE FINDINGS USED TO DETERMINE CAUSE OF DEATH? NO [ ]0 YES [X]1 |

CONFIDENTIAL          SEE INSTRUCTION SHEET FOR COMPLETING CAUSE OF DEATH          CONFIDENTIAL

| 30. DEATH WAS CAUSED BY: (ENTER ONLY ONE CAUSE PER LINE FOR (A), (B), AND (C).) | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH |

PART I. IMMEDIATE CAUSE.
(A) FRACTURES OF SKULL AND RIBS -- SUBDURAL HEMORRHAGE -- PNEUMOTHORAX -- ~~XXXXXXXXXXXXXXX~~ 5-DAY SURVIVAL WITH ANOXIC ENCEPHALOPATHY.

DUE TO OR AS A CONSEQUENCE OF:
(B)

(C)

PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (A):

| DID TOBACCO USE CONTRIBUTE TO DEATH? 0 [ ] NO 1 [ ] YES 2 [ ] PROBABLY 3 [X] UNKNOWN |

| 31A. INJURY DATE: MONTH 09 DAY 21 YEAR 2005 | HOUR: 05:32 A M | 31B. INJURY LOCALITY: (City or town and county and state) WHITE PLAINS, WESTCHESTER, N.Y. | 31C. DESCRIBE HOW INJURY OCCURRED: FELL | 31D. PLACE OF INJURY: 138 TOPLAND RD | 31E. INJURY AT WORK? NO [ ] YES [ ] |

# EXHIBIT "C"

State of New York    )
                     ) ss.
County of New York   )

## AFFIDAVIT OF ACCURACY

Christian Votava, being duly sworn deposes and states:

I am a native German speaker and prepared the attached translation from the German language into the English language.

I am a graduate of the University of Vienna (Austria) School of Law.

I reside at 401 East 81st Street, New York, NY 10028.

I hereby declare that the said translations of AVSG §§§ 40, 100 and 107 are true and correct renderings of the said original documents to the best of my knowledge and belief.

_____
Christian Votava

Sworn to before me this
19th day of _December_, 2007.

_____
Notary Public

SARAH C. CLARIDAD
Notary Public, State of New York
No. 01CL6033635
Qualified in New York County
Commission Expires November 22, 20 09

## TRANSLATION

### § 40 ASVG

#### Notification by recipients of payments (applicants for benefits)

§ 40. (1) The recipients of payments (§ 106) are obligated to notify the competent insurance carrier of any change of the circumstances governing the continuation of the beneficiary rights and any change of their or the beneficiary's residence within two weeks, insofar as nothing else is provided for in the following. ..................

**DOKUMENT** **SUCHWORT** **KURZTITELLISTE** **GELTENDE FASSUNG**

Kurztitel
Allgemeines Sozialversicherungsgesetz

Fundstelle
BGBl.Nr. 189/1955 zuletzt geändert durch BGBl. I Nr. 71/2003

| Typ | §/Artikel/Anlage | Inkrafttretedatum | Außerkrafttretedatum |
|-----|------------------|-------------------|----------------------|
| BG  | § 40             | 20040101          | 99999999             |

Abkürzung
ASVG

Index
66/01 Allgemeines Sozialversicherungsgesetz

Text
                    Meldung der Zahlungsempfänger (Leistungswerber)

§ 40. (1) Die Zahlungsempfänger (§ 106) sind verpflichtet, jede
Änderung in den für den Fortbestand der Bezugsberechtigung
maßgebenden Verhältnissen sowie jede Änderung ihres Wohnsitzes bzw.
des Wohnsitzes des Anspruchsberechtigten, soweit im folgenden nichts
anderes bestimmt wird, binnen zwei Wochen dem zuständigen
Versicherungsträger anzuzeigen. Personen, die Anspruch haben
  1. auf Geldleistungen aus den Versicherungsfällen der
     Arbeitsunfähigkeit infolge Krankheit oder der Mutterschaft,
  2. auf Pensionen aus der Pensionsversicherung mit Ausnahme der
     Ansprüche auf Knappschaftspensionen und Knappschaftssold sowie
     Waisenpensionen,
haben während des Leistungsbezuges jede Aufnahme einer
Erwerbstätigkeit sowie die Höhe des Erwerbseinkommens und jede
Änderung der Höhe des Erwerbseinkommens binnen sieben Tagen zu
melden, soweit dies für den Fortbestand und das Ausmaß der
Bezugsberechtigung maßgebend ist. Einkommensänderungen, die auf Grund
der alljährlichen Rentenanpassung in der Kriegsopfer- und
Heeresversorgung bewirkt werden, unterliegen nicht der
Anzeigeverpflichtung.
   (2) Abs. 1 gilt auch für Personen,
   1. die eine Leistung aus einem Versicherungsfall des Alters, der
geminderten Arbeitsfähigkeit oder des Todes beantragt haben, wenn
sie vom Versicherungsträger nachweislich über den Umfang ihrer
Meldeverpflichtung belehrt wurden;
   2. (Anm.: aufgehoben durch BGBl. I Nr. 71/2003)

| Gesetzesnummer | Dokumentnummer |
|----------------|----------------|
| 10008147       | NOR40043155    |

**A Seitenanfang A**

# TRANSLATION

## § 100 ASVG

### Lapse of Benefits

§ 100. (1)  A claim for current benefits lapses without further proceedings

    a)........

    b)......... in the old-age pension insurance when the beneficiary dies, upon remarriage of the widow who receives a widow's pension......For the calendar month in which the event causing the lapse occurred, only the pro-rated part of the pension is due; the calendar month being uniformly computed on the basis of 30 day; and the pro-rated part being determined by the number of days in the respective calendar month until the cause of the lapse occurred.

    c).........

Case 1:07-cv-05300-TLM-RLM · Document 1 · Filed 12/18/07 · Page 16 of 55 PageID #: 16

Kurztitel
Allgemeines Sozialversicherungsgesetz

Fundstelle
BGBl.Nr. 189/1955

| Typ | §/Artikel/Anlage | Inkrafttretedatum | Außerkrafttretedatum |
|---|---|---|---|
| BG | § 100 | 00000000 | 99999999 |

Abkürzung
ASVG

Index
66/01 Allgemeines Sozialversicherungsgesetz

Beachte

Das Inkrafttreten, die Fassung der jeweiligen Bestimmung sowie die
Hinweise auf etwaige Übergangsbestimmungen sind aus den
Textanmerkungen ersichtlich.

Text
                    Erlöschen von Leistungsansprüchen

   § 100. (1) Der Anspruch auf eine laufende Leistung erlischt ohne
weiteres Verfahren
        a) in der Krankenversicherung, wenn die Voraussetzungen für den
           Anspruch weggefallen sind;
        b) in der Unfallversicherung und in der Pensionsversicherung
           mit dem Tod des Anspruchsberechtigten, mit der Verheiratung
           der renten(pensions)berechtigten Witwe (des
           renten(pensions)berechtigten Witwers), mit dem Wegfall der
           Voraussetzungen für die Annahme der Verschollenheit, mit der
           Vollendung des 18. Lebensjahres bei Waisenrenten(pensionen),
           Geschwisterrenten und Kinderzuschüssen, mit dem Wegfall der
           Voraussetzungen für die Gewährung von Übergangsgeld sowie
           nach Ablauf der Dauer, für die eine Rente (Pension) zuerkannt
           wurde. Für den Kalendermonat, in dem der Grund des Wegfalles
           eingetreten ist, gebührt nur der verhältnismäßige Teil der
           Rente (Pension), der Ausgleichszulage, des Kinderzuschusses
           und des Übergangsgeldes, wobei der Kalendermonat einheitlich
           mit 30 Tagen anzunehmen ist und der verhältnismäßige Teil
           sich nach der Anzahl der Tage im betreffenden Kalendermonat
           bis zum Eintritt des Wegfallgrundes bestimmt; (BGBl. Nr.
           31/1973, Art. I Z 63 lit. a) - 1.1.1973; (BGBl. Nr.
           684/1978, Art. I Z 39) - 1.1.1979; (BGBl. Nr. 201/1996,
           Art. 34 Z 54) - 1.1.1997; (BGBl. Nr. 201/1996, Ü. § 563
           Abs. 3 u. Abs. 4) - 1.5.1996.
        c) in der Pensionsversicherung überdies in den Fällen des § 310
           die Pension und allfällige Zuschüsse gebühren noch für den
           Monat, der dem Einlangen des Antrages nach § 308 Abs. 1
           dieses Bundesgesetzes, nach § 172 Abs. 1 des Gewerblichen
           Sozialversicherungsgesetzes oder nach § 164 Abs. 1 des
           Bauern-Sozialversicherungsgesetzes beim zuständigen
           Versicherungsträger folgt. (BGBl. Nr. 560/1978, BGBl. Nr.
           559/1978) - 1.1.1979; (BGBl. Nr. 201/1996, Art. 34 Z 55) -
           1.7.1996.
    (BGBl. Nr. 13/1962, Art. I Z 51) - 1.1.1962.

(BGBl. Nr. 31/1973, Art. I Z 63 lit. b) - 1.1.1972.

(2) Der Anspruch auf eine laufende Leistung aus eigener Pensionsversicherung erlischt ferner mit dem Anfall eines Anspruches auf eine andere laufende Leistung aus eigener Pensionsversicherung nach dem Allgemeinen Sozialversicherungsgesetz, dem Gewerblichen Sozialversicherungsgesetz oder dem Bauern-Sozialversicherungsgesetz; § 275 Abs. 2 erster Satz und § 277 Abs. 3 erster Satz bleiben hievon unberührt. Beträge, die nach Erlöschen des früheren Anspruches noch geleistet wurden, sind von den aus dem neuen Anspruch für den gleichen Zeitraum zu leistenden Beträgen einzubehalten und gegebenenfalls dem aus dem früheren Anspruch verpflichteten Versicherungsträger zu überweisen. (BGBl. Nr. 704/1976, Art. I Z 43) - 1.1.1977; (BGBl. Nr. 560/1978, BGBl. Nr. 559/1978) - 1.1.1979.

Anmerkung
Ressorttext (Bundesministerium für Arbeit, Gesundheit und Soziales)

| Gesetzesnummer | Dokumentnummer | Alte DokNr |
|---|---|---|
| 10008147 | NOR12093564 | NG195545554L |

A Seitenanfang A

## TRANSLATION

## § 107 ASVG

### Reclaiming performances rendered without justification

§ 107. (1) The insurance carrier must reclaim monetary performances and expenses for cure appliances, institutional care, surrogates (compensation) and cash substituting performance in kind (§§ 131, 131a, 132 and 150) supplied without justification, if the recipient of payments (§ 106) or services caused the payment by making false statements, intentionally suppressing material facts or by violating the notification rules (§ 40), or if the recipient of payments (§ 106) or services should have been aware of the fact that the performance was not owed at all or at least not in the rendered amount. Moreover, moneys must be reclaimed if and insofar it is proved by a later ascertained claim for continuation of moneys or performances if they were rendered without justification.

(2) ..........

**DOKUMENT** **SUCHWORT** **KURZTITELLISTE** **GELTENDE FASSUNG**

**Kurztitel**
Allgemeines Sozialversicherungsgesetz

**Fundstelle**
BGBl.Nr. 189/1955

| Typ | §/Artikel/Anlage | Inkrafttretedatum | Außerkrafttretedatum |
|-----|------------------|-------------------|----------------------|
| BG  | § 107            | 00000000          | 99999999             |

**Abkürzung**
ASVG

**Index**
66/01 Allgemeines Sozialversicherungsgesetz

**Beachte**

Das Inkrafttreten, die Fassung der jeweiligen Bestimmung sowie die
Hinweise auf etwaige Übergangsbestimmungen sind aus den
Textanmerkungen ersichtlich.

**Text**

### Rückforderung zu Unrecht erbrachter Leistungen

§ 107. (1) Der Versicherungsträger hat zu Unrecht erbrachte
Geldleistungen sowie Aufwendungen für Heilbehelfe und Anstaltspflege
und an Stelle von Sachleistungen erbrachte Kostenersätze
beziehungsweise bare Leistungen (§§ 131, 131a, 132 und 150)
zurückzufordern, wenn der Zahlungsempfänger (§ 106) beziehungsweise
der Leistungsempfänger den Bezug durch bewußt unwahre Angaben,
bewußte Verschweigung maßgebender Tatsachen oder Verletzung der
Meldevorschriften (§ 40) herbeigeführt hat oder wenn der
Zahlungsempfänger (§ 106) beziehungsweise der Leistungsempfänger
erkennen mußte, daß die Leistung nicht oder nicht in dieser Höhe
gebührte. Geldleistungen sind ferner zurückzufordern, wenn und
soweit sich wegen eines nachträglich festgestellten Anspruches auf
Weiterleistung der Geld- und Sachbezüge herausstellt, daß sie zu
Unrecht erbracht wurden. (BGBl. Nr. 17/1969, Art. I Z 19) - 1.1.1969;
(BGBl. Nr. 775/1974, Art. I Z 21) - 1.9.1974; (BGBl. Nr. 704/1976,
Art. I Z 46) - 1.1.1977.
   (2) Das Recht auf Rückforderung nach Abs. 1
      a) besteht nicht, wenn der Versicherungsträger zum Zeitpunkt,
         in dem er erkennen mußte, daß die Leistung zu Unrecht
         erbracht worden ist, die für eine bescheidmäßige Feststellung
         erforderlichen Maßnahmen innerhalb einer angemessenen Frist
         unterlassen hat;
      b) verjährt binnen drei Jahren nach dem Zeitpunkt, in dem dem
         Versicherungsträger bekannt geworden ist, daß die Leistung
         zu Unrecht erbracht worden ist.
(BGBl. Nr. 111/1986, Art. I Z 31) - 1.1.1986.
   (3) Der Versicherungsträger kann bei Vorliegen
berücksichtigungswürdiger Umstände, insbesondere in Berücksichtigung
der Familien-, Einkommens- und Vermögensverhältnisse des Empfängers,
   1. auf die Rückforderung nach Abs. 1 verzichten;
   2. die Erstattung des zu Unrecht gezahlten Betrages in
Teilbeträgen zulassen.
   (4) Zur Eintreibung der Forderungen der Versicherungsträger auf
Grund der Rückforderungsbescheide ist den Versicherungsträgern die

Einbringung im Verwaltungswege gewährt (§ 3 Abs. 3
Verwaltungsvollstreckungsgesetz 1950).

(5) Das Recht auf Rückforderung nach Abs. 1 besteht im Falle des
Todes des Anspruchsberechtigten gegenüber allen Personen, die zum
Bezug der noch nicht erbrachten Leistungen berechtigt sind, soweit
sie eine der im § 107a Abs. 1 bezeichneten Leistungen bezogen haben.
(BGBl. Nr. 31/1973, Art. I Z 67) - 1.1.1973;
(BGBl. Nr. 530/1979, Art. I Z 23) - 1.1.1980;
(BGBl. Nr. 335/1993, Art. I Z 32) - 1.7.1993;
(BGBl. Nr. 13/1962, Art. I Z 58) - 1.1.1962; (BGBl. Nr. 585/1980,
Art. I Z 29) - 1.1.1981.


Anmerkung
Ressorttext (Bundesministerium für Arbeit, Gesundheit und Soziales)

Gesetzesnummer      Dokumentnummer      Alte DokNr
10008147            NOR12093572         N6195545562L




3/10/2004

# EXHIBIT "D"

Landesstelle Wien
Friedrich-Hillegeist-Straße 1
www.pensionsversicherung.at

Telefax: 05 0303-28850
pva-lsw@pva.sozvers.at

Jänner 2005

Versicherungsnummer (VSNR)

2881 290608 201

Frau
Rose Eisinger
1 Club Drive
N.Y. 11598
WOODMERE, N.Y. 11598
VEREINIGTE STAATEN VON AMERIKA

Pensionsversicherungsanstalt

– 1. MRZ. 2005

eingelangt

Beilagen: ......   Bearb.: 3

**Betreff**

*Lebensbestätigung*          (Confirmation of being alive)

*Sehr geehrte Frau! Sehr geehrter Herr!*

*Während Ihres Auslandsaufenthaltes kann die Pension nur dann überwiesen werden, wenn Sie uns die auf der Rückseite dieses Schreibens befindliche "Lebensbestätigung" einsenden.*

*Wir ersuchen Sie daher, Leben und Aufenthalt vom zuständigen österreichischen Konsulat, von einer amtlichen Stelle (Behörde) Ihres Wohnsitzes oder von einem Notar unterschriftlich bestätigen zu lassen und das Formular umgehend an uns zu retournieren.*

***Wenn das vollständig ausgefüllte Formular nicht innerhalb der nächsten 6 Wochen bei uns einlangt, müssen wir die Auszahlung der Pension vorläufig einstellen.*** *Darüber hinaus machen wir darauf aufmerksam, dass Pensionen, die innerhalb eines Jahres seit ihrer Fälligkeit nicht behoben werden, verfallen.*

*Weiters bringen wir Ihnen die Verpflichtung in Erinnerung, dass uns jede Änderung in den für den Fortbestand der Bezugsberechtigung maßgebenden Verhältnissen sowie jede Änderung Ihres Wohnsitzes binnen zwei Wochen bekanntzugeben ist. Überbezüge, die durch Verletzung der Meldepflicht entstehen, sind zurückzuerstatten.*

Gruppe „Rückgelangte"

1 7 MRZ. 2005

ERLEDIGT

*Hochachtungsvoll*
PENSIONSVERSICHERUNGSANSTALT

Dear Sir or Madam,

During your stay abroad your pension can only be transferred to you if you send us the "Confirmation of being alive" on the back of this form.

We therefore ask you to have your existence and residence certified by the relevant Austrian Consulate, an official authority of the place of your residence, or a notary public on the back of this form and to return the form to us as soon as possible.

**Unless the completed form arrives at our institution within six weeks, we will temporarily have to stop transferring your pension.** In addition, we want to inform you that pensions which are not drawn within a year from the first date of entitlement will become void.

Furthermore, we want to remind you of your duty to inform us of any changes in the circumstances relevant to your drawing a pension, as well as any change in residence, within two weeks. Overpayments resulting from a violation of this duty have to be refunded.

Yours faithfully,
PENSIONSVERSICHERUNGSANSTALT

REG. ABLAGE



Landesstelle Wien
Friedrich-Hillegeist-Straße 1
A-1021 Wien
WWW.PENSIONSVERSICHERUNG.AT

Telefon: 05 0303-0
Telefax: 05 0303-28850
Ausland: +43/5 0303-0
PVA-LSW@PVA.SOZVERS.AT

32

Eisinger Rose    C/O Rosenbaum
1 Club Drive
Woodmere, N.Y. 11598
USA

PVA
2 1. JULI 2003
eingelangt

REG ABLAGE

Wien, im Juni 2003

Versicherungsnummer/Aktenzahl

2881 290608                           35

Betr.: *Lebensbestätigung* (Confirmation of being alive)

*Sehr geehrte Frau! Sehr geehrter Herr!*

*Während Ihres Auslandsaufenthaltes kann die Pension nur dann überwiesen werden, wenn Sie uns die auf der Rückseite dieses Schreibens befindliche "Lebensbestätigung" einsenden.*

*Wir ersuchen Sie daher, Leben und Aufenthalt vom zuständigen österreichischen Konsulat, von einer amtlichen Stelle (Behörde) Ihres Wohnsitzes oder von einem Notar umseitig bestätigen zu lassen und das Formular umgehend an uns zu retournieren.*

**Wenn das vollständig ausgefüllte Formular nicht innerhalb der nächsten 6 Wochen bei uns einlangt, müssen wir die Auszahlung der Pension vorläufig einstellen.** *Darüber hinaus machen wir darauf aufmerksam, dass Pensionen, die innerhalb eines Jahres seit ihrer Fälligkeit nicht behoben werden, verfallen.*

*Weiters bringen wir Ihnen die Verpflichtung in Erinnerung, dass uns jede Änderung in den für den Fortbestand der Bezugsberechtigung maßgebenden Verhältnissen sowie jede Änderung Ihres Wohnsitzes binnen zwei Wochen bekanntzugeben ist. Überbezüge, die durch Verletzung der Meldepflicht entstehen, sind zurückzuerstatten.*

Hochachtungsvoll
Pensionsversicherungsanstalt

Dear Sir or Madam,

During your stay abroad your pension can only be transferred to you if you send us the 'Confirmation of being alive' on the back of this form.

We therefore ask you to have your existence and residence certified by the relevant Austrian Consulate, an official authority of the place of your residence, or a notary public on the back of this form and to return the form to us as soon as possible.

**Unless the completed form arrives at our institution within six weeks, we will temporarily have to stop transferring your pension.** In addition, we want to inform you that pensions which are not drawn within a year from the first date of entitlement will become void.

Furthermore, we want to remind you of your duty to inform us of any changes in the circumstances relevant to your drawing a pension, as well as any change in residence, within two weeks. Overpayments resulting from a violation of this duty have to be refunded.

Yours faithfully,

Pensionsversicherungsanstalt



**Landesstelle Wien**
Friedrich-Hillegeist-Straße 1
A-1021 Wien
WWW.PENSIONSVERSICHERUNG.AT

Telefon: 05 0303-0
Telefax: 05 0303-28850
Ausland: +43/5 0303-0
PVA-LSW@PVA.SOZVERS.AT

3A

Eisinger Rose   C/O Rosenbaum
1 Club Drive
Woodmere, N.Y. 11598
USA

Wien, im Jänner 2003

PVA

– 5. FEB. 2003

*Versicherungsnummer/Aktenzahl*
2881 290608                    35

Beilage:

REG. ABLAGE

<u>Betr.:</u> *Lebensbestätigung* (Confirmation of being alive)

*Sehr geehrte Frau! Sehr geehrter Herr!*

*Während Ihres Auslandsaufenthaltes kann die Pension nur dann überwiesen werden, wenn Sie uns die auf der Rückseite dieses Schreibens befindliche "Lebensbestätigung" einsenden.*

*Wir ersuchen Sie daher, Leben und Aufenthalt vom zuständigen österreichischen Konsulat, von einer amtlichen Stelle (Behörde) Ihres Wohnsitzes oder von einem Notar umseitig bestätigen zu lassen und das Formular umgehend an uns zu retournieren. **Unbedingt erforderlich ist auch, dass Sie die ebenfalls auf der Rückseite dieses Schreibens befindliche "Erklärung über Ihre Erwerbs- und Einkommensverhältnisse" wahrheitsgetreu und vollständig ausfüllen.***

***Wenn das vollständig ausgefüllte Formular nicht innerhalb der nächsten 6 Wochen bei uns einlangt, müssen wir die Auszahlung der Pension vorläufig einstellen.** Darüber hinaus machen wir darauf aufmerksam, dass Pensionen, die innerhalb eines Jahres seit ihrer Fälligkeit nicht behoben werden, verfallen.*

*Weiters bringen wir Ihnen die Verpflichtung in Erinnerung, dass uns jede Änderung in den für den Fortbestand der Bezugsberechtigung maßgebenden Verhältnissen sowie jede Änderung Ihres Wohnsitzes binnen zwei Wochen bekanntzugeben ist. Überbezüge, die durch Verletzung der Meldepflicht entstehen, sind zurückzuerstatten.*

*Hochachtungsvoll*

*Pensionsversicherungsanstalt*

Dear Sir or Madam,

During your stay abroad your pension can only be transferred to you if you send us the 'Confirmation of being alive' on the back of this form.

We therefore ask you to have your existence and residence certified by the relevant Austrian Consulate, an official authority of the place of your residence, or a notary public on the back of this form and to return the form to us as soon as possible. **It is also absolutely essential for you to fill in the 'Declaration of Income', also on the back of this form, truthfully and completely.**

**Unless the completed form arrives at our institution within six weeks, we will temporarily have to stop transferring your pension.** In addition, we want to inform you that pensions which are not drawn within a year from the first date of entitlement will become void.

Furthermore, we want to remind you of your duty to inform us of any changes in the circumstances relevant to your drawing a pension, as well as any change in residence, within two weeks. Overpayments resulting from a violation of this duty have to be refunded.

Yours faithfully,

Pensionsversicherungsanstalt

DVR: 2108296

FRIEDRICH · HILLEGEIST - STRASSE 1
1021 WIEN (POSTFACH 600)
TELEFON (+43 1) 211 35 - 0 / DW

TELEFAX (+43 1) 211 35 - 25949
E-MAIL: pvang@pvang.sozvers.at
INTERNET: http://www.sozvers.at/pvang

*30*

PV d. Ang.
1 6. JULI 2002
eingelangt

Beilagen:

Bearb.: 5

EISINGER ROSE   C/O ROSENBAUM
1 CLUB DRIVE
WOODMERE, N.Y. 11598
USA

Wien, im Juni 2002

Versicherungsnummer/Aktenzahl
2881 290608                              35

<u>Betr.:</u> *Lebensbestätigung* (Confirmation of being alive)

KNOLL Martin
1 9. JULI 2002

*Sehr geehrte Frau! Sehr geehrter Herr!*

*Während Ihres Auslandsaufenthaltes kann die Pension nur dann überwiesen werden, wenn Sie uns die auf der Rückseite dieses Schreibens befindliche "Lebensbestätigung" einsenden.*

*Wir ersuchen Sie daher, Leben und Aufenthalt vom zuständigen österreichischen Konsulat, von einer amtlichen Stelle (Behörde) Ihres Wohnsitzes oder von einem Notar umseitig bestätigen zu lassen und das Formular umgehend an uns zu retournieren. **Unbedingt erforderlich ist auch, dass Sie die ebenfalls auf der Rückseite dieses Schreibens befindliche "Erklärung über Ihre Erwerbs- und Einkommensverhältnisse" wahrheitsgetreu und vollständig ausfüllen.***

***Wenn das vollständig ausgefüllte Formular nicht innerhalb der nächsten 6 Wochen bei uns einlangt, müssen wir die Auszahlung der Pension vorläufig einstellen.** Darüber hinaus machen wir darauf aufmerksam, dass Pensionen, die innerhalb eines Jahres seit ihrer Fälligkeit nicht behoben werden, verfallen.*

*Weiters bringen wir Ihnen die Verpflichtung in Erinnerung, dass uns jede Änderung in den für den Fortbestand der Bezugsberechtigung maßgebenden Verhältnissen sowie jede Änderung Ihres Wohnsitzes binnen zwei Wochen bekanntzugeben ist. Überbezüge, die durch Verletzung der Meldepflicht entstehen, sind zurückzuerstatten.*

*Hochachtungsvoll*

*Pensionsversicherungsanstalt
der Angestellten*

Dear Sir or Madam,

During your stay abroad your pension can only be transferred to you if you send us the 'Confirmation of being alive' on the back of this form.

We therefore ask you to have your existence and residence certified by the relevant Austrian Consulate, an official authority of the place of your residence, or a notary public on the back of this form and to return the form to us as soon as possible. **It is also absolutely essential for you to fill in the 'Declaration of Income', also on the back of this form, truthfully and completely.**

**Unless the completed form arrives at our institution within six weeks, we will temporarily have to stop transferring your pension.** In addition, we want to inform you that pensions which are not drawn within a year from the first date of entitlement will become void.

Furthermore, we want to remind you of your duty to inform us of any changes in the circumstances relevant to your drawing a pension, as well as any change in residence, within two weeks. Overpayments resulting from a violation of this duty have to be refunded.

Yours faithfully REG. ABLAGE

Pensionsversicherungsanstalt
der Angestellten

DVR: 0024180

FRIEDRICH - HILLEGEIST - STRASSE 1
1021 WIEN, POSTFACH 88
TELEFON (+43  1) 211 35 - 0 / DW
TELEFAX (+43  1) 211 35 - 25949
E-MAIL : pvang@pvang.sozvers.at
INTERNET : http://www.sozvers.at/pvang

EISINGER ROSE   C/O ROSENBAUM
1 CLUB DRIVE
WOODMERE, N.Y. 11598
USA

Wien, im Jänner 2002

Versicherungsnummer/Aktenzahl
2881 290608                                        35

PV d. ANG

2 7. FEB. 2002

eingelangt

Betr.: Lebensbestätigung (Confirmation of beeing alive)

Sehr geehrte Frau! Sehr geehrter Herr!

Beilagen:           Bearb.: 11

Während Ihres Auslandsaufenthaltes kann die Pension nur dann überwiesen werden, wenn Sie uns die auf der Rückseite dieses Schreibens befindliche "Lebensbestätigung" einsenden.

Wir ersuchen Sie daher, Leben und Aufenthalt vom zuständigen österreichischen Konsulat, von einer amtlichen Stelle (Behörde) Ihres Wohnsitzes oder von einem Notar umseitig bestätigen zu lassen und das Formular umgehend an uns zu retournieren. Unbedingt erforderlich ist auch, dass Sie die ebenfalls auf der Rückseite dieses Schreibens befindliche "Erklärung über Ihre Erwerbs- und Einkommensverhältnisse" wahrheitsgetreu und vollständig auszufüllen.

Wenn das vollständig ausgefüllte Formular nicht innerhalb der nächsten 6 Wochen bei uns einlangt, müssen wir die Auszahlung der Pension vorläufig einstellen. Darüber hinaus machen wir darauf aufmerksam, dass Pensionen, die innerhalb eines Jahres seit ihrer Fälligkeit nicht behoben werden, verfallen.

Weiters bringen wir Ihnen die Verpflichtung in Erinnerung, dass uns jede Änderung in den für den Fortbestand der Bezugsberechtigung maßgebenden Verhältnissen sowie jede Änderung Ihres Wohnsitzes binnen zwei Wochen bekanntzugeben ist. Überbezüge, die durch Verletzung der Meldepflicht entstehen, sind zurückzuerstatten.

Hochachtungsvoll

Pensionsversicherungsanstalt
der Angestellten

Dear Sir or Madam,

During your stay abroad your pension can only be transferred to you if you send us the 'Confirmation of being alive' on the back of this form.

We therefore ask you to have your existence and residence certified by the relevant Austrian Consulate, an official authority of the place of your residence, or a notary public on the back of this form and to return the form to us as soon as possible. It is also absolutely essential for you to fill in the 'Declaration of Income', also on the back of this form, truthfully and completely.

Unless the completed form arrives at our institution within six weeks, we will temporarily have to stop transferring your pension. In addition, we want to inform you that pensions which are not drawn within a year from the first date of entitlement will become void.

Furthermore, we want to remind you of your duty to inform us of any changes in the circumstances relevant to your drawing a pension, as well as any change in residence, within two weeks. Overpayments resulting from a violation of this duty have to be refunded.

Yours faithfully,

Pensionsversicherungsanstalt
der Angestellten

DVR: 0024180

FRIEDRICH-HILLEGEIST-STR. 1
1021 WIEN,   POSTFACH 1000   VSNR
TELEFON (+43 1) 211 35-0 / DW
TELEFAX (+43 1) 211 35 / 25949   Name:
E-MAIL: pvang@pvang.sozvers.at
INTERNET: http://www.sozvers.at/pvang

**LEBENSBESTÄTIGUNG**
Leben und Aufenthalt des (der)

2881   290608

EISINGER ROSE   C/O ROSENBAUM

35

wohnhaft in _____

geboren am _____

ausgewiesen durch (Dokument) _____

## CERTIFICATE OF LIFE

Life and residence of Mr. / Mrs.   _Rose Eisinger_

domiciled in   _Woodmere, N.Y. 11598 (USA)_

born on _____

identified by (document) _____   are herewith cer

Ort,   Datum,   Stempel,   Unterschrift
Place,   date,   seal,   signature

_[signature: Rose Eisinger]_

Ort,   Datum,   Unterschrift des Pensionisten/der Pensio
Place,   date,   signature of affiant

PHILIP L. GREENBLATT
NOTARY PUBLIC, State of New York
No. 4891161
Qualified in Nassau County
Commission Expires June 29, 2003

DVR: 0024180

- 2. AUG. 2001
eingelangt

Bei d. AWG   werden hiemit best

Beibleibg:   Beath.: 16

SCHMID R.

6. AUG. 2001

REG. ABLAG

FRIEDRICH-HILLEGEIST-STR. 1
1021 WIEN, POSTFACH 1000 VSNR
TELEFON (+43 1) 211 35-0 / DW
TELEFAX (+43 1) 211 35 / 25949   Name:
E-MAIL:pvang@pvang.sozvers.at
INTERNET:http://www.sozvers.at/pvang

L   ENSBESTÄTIGUNG
Leben und Aufenthalt des (der)

wohnhaft in

geboren am

ausgewiesen durch (Dokument)

Dite der Schreiben / Verlag Name

2881 290608

EISINGER ROSE   C/O ROSENBAUM

35

WEINHOFER G

werden hiermit bestä

- 8. FEB. 2001

P.V.d. ANG
- 6. FEB. 2001

Beilagen:

CERTIFICATE OF LIFE
Life and residence of Mr. / Mrs. _Rose Eisinger_

domiciled in _Woodmere, N.Y. 11598 (USA)_

born on

identified by (document) _____   are herewith cert

Ort,   Datum,   Stempel,   Unterschrift      Datum,   Unterschrift des Pensionisten/der Pension
Place,   date,   seal,   signature      date,   signature of affiant

_Rose Eisinger_

_1/26/01_   Ort,
Place,

PERRY L. GREENBLATT
NOTARY PUBLIC, State of New York
No. 4391151
Qualified in Nassau County
Commission Expires June 29, 2001

DVR: 0024180

PERRY L. GREENBLATT
NOTARY PUBLIC, State of New York
No. 4391151
Qualified in Nassau County
Commission Expires June 29, 2001

FRIEDRICH-HILLEGEIST-STR. 1
1021 WIEN, POSTFACH 1000 VSNR
TELEFON (+43 1) 211 35-0 / DW
TELEFAX (+43 1) 211 35 / 25949   Name:
E-MAIL:pvang@pvang.sozvers.at
INTERNET:http://www.sozvers.at/pvang

**ENSBESTÄTIGUNG**
Leben und Aufenthalt des (der)

bitte hier abtrennen  /  detach here

2881 290608                    35

EISINGER ROSE    C/O ROSENBAUM

wohnhaft in _____

geboren am _____

ausgewiesen durch (Dokument) _____

**CERTIFICATE OF LIFE**
Life and residence of Mr. / Mrs.    ROSE EISINGER

domiciled in     WOODMERE, N.Y. 11598 (USA)

born on _____

identified by (document) _____

Ort,    Datum,    Stempel,    Unterschrift
Place,  date,     seal,       signature

_Rose Eisinger_    –  7/30/00

Ort,    Datum,              Unterschrift des Pensionisten/der Pensio...
Place,  date,               signature of affiant

PHILLIP L. GREENBLATT
NOTARY PUBLIC, State of New York
No. 4891161
Qualified in Nassau County
Commission Expires June 29, 2001

DVR: 0024180

FRIEDRICH-HILLEGEIST-STR. 1
1021 WIEN,   POSTFACH 1000  VSNR
TELEFON (+43 1) 211 35-0 / DW
TELEFAX (+43 1) 211 35 / 25949   Name:
E-MAIL:pvang@pvang.sozvers.at
INTERNET:http:http://www.sozvers.at/pvang

bitte hier abtrennen  /  Detach here

2881 290608                         35

EISINGER ROSE        C/O ROSENBAUM

L' ENSBESTÄTIGUNG
Leben und Aufenthalt des (der)

wohnhaft in _____

geboren am _____   werden hiermit bestäti

ausgewiesen durch (Dokument) _____

PV d. ANG

1 0. FEB. 2000

eingelangt

Beilagen:          Beseht: 10

CERTIFICATE OF LIFE
Life and residence of Mr. / Mrs.   __ROSE EISINGER__

domiciled in __WOODMERE, NY 11598 (USA)__

born on _____

identified by (document) _____   are herewith certifi

_____   _____   _____
Ort,  Datum,   Stempel,   Unterschrift          Ort,           Datum,          Unterschrift des Pensionisten/der Pensioni:
Place,  date,      seal,      signature            Place,         date,           signature of affiant

FEB 3, 2000

PHILLIP L. GREENBLATT
NOTARY PUBLIC, State of New York
No. 4691161
Qualified in Nassau County
Commission Expires June 20, 2001

DVR:0024180

35

FRIEDRICH-HILLEGEIST-STR. 1
1021 WIEN, POSTFACH 1000  VSNR    2881 290608
TELEFON (+43 1) 211 35-0 / DW
TELEFAX (+43 1) 211 35 /25949    Name:    EISINGER ROSE    C/O ROSENBAUM
E-MAIL:pvang@sozvers.at

LEBENSBESTÄTIGUNG

Leben und Aufenthalt des (der)

wohnhaft in _____

geboren am _____

ausgewiesen durch (Dokument) _____

werden hiermit bestätig...

P.V.d.ANG
1 0. AUG. 1999
eingelangt

Beilage N: 17

CERTIFICATE OF LIFE

Life and residence of Mr. / Mrs.   _Rose Eisinger_

domiciled in   _Woodmere, N.Y. 11598 (USA)_

born on

identified by (document) _____

_____ , _____ , _____
Ort,    Datum,    Stempel,    Unterschrift
Place,    date,    seal,    signature
State of New York
County of Nassau
DVR. 0024190    8/9/99

_____ , _____ , _____
Datum,    Unterschrift des Pensionisten/der Pensi...
date,    signature of affiant
Place,
place,

PHILLIP L. GREENBLATT
NOTARY PUBLIC, State of New York
No. 4691161 Nassau County
Qualified in Nassau County
Commission Expires June 20, 2001

Bitte hier abtrennen / Detach here

35

FRIEDRICH-HILLEGEIST-STR. 1
1021 WIEN, POSTFACH 1000
TELEFON (+43 1) 211 35-0 / DW

VSNR        2881 290608
Name:       EISINGER ROSE        C/O ROSENBAUM

14. Aug. 19..

PV d. ANG werden hiermit besti
1 0. AUG. 1998
eingelangt
Beard.:

Beilagen:

## LEBENSBESTÄTIGUNG

... en und Aufenthalt des (der)

wohnhaft in _____

geboren am _____

ausgewiesen durch (Dokument) _____

are herewith cer

## CERTIFICATE OF LIFE

Life and residence of Mr. / Mrs.   ROSE EISINGER
WOODMERE, N.Y. 11598 (USA)

domiciled in _____

born on _____

identified by (document) _____

Rose Eisinger

On,   Datum,   Stempel,   Unterschrift,   Place,   Datum,   **Unterschrift des Pensionisten**
                                                          date,   **signature of affiant**

Place  JAMES ROBBSON
NOTARY PUBLIC, State of New York
No. 01RO-5821751
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires May 31, 1999

35

FRIEDRICH-HILLEGEIST-STR. 1
1021 WIEN, POSTFACH 1000
TELEFON (+43 1) 211 35-0 / DW

VSNR     2881 290608

Name:    EISINGER ROSE     C/O ROSENBAUM

## LEBENSBESTÄTIGUNG

wohnhaft in _____

geboren am _____

ausgewiesen durch (Dokument) _____

PV d. ANG

1 4. AUG. 1997

eingelangt

Beilagen:

Pension weiter angewiesen

werden hiermit best.

Bearb.: 16   1 9. Aug. 1997   CERTIFY A

1 9. Aug. 1997   SCHMID

## CERTIFICATE OF LIFE

Life and residence of Mr. / Mrs.   *ROSE EISINGER*

domiciled in   *WOODMERE, N.Y. 11598 (USA)*

born on _____

identified by (document) _____   are herewith cert.

*[signature: Rose Eisinger]*
Unterschrift
signature

*[signature]*

GLADYS ROBINSON
NOTARY PUBLIC, State of New York
No. 01RO4621751
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires May 31, 1999

Ort,   Datum,
Place,   date,

Unterschrift des Pensionisten
signature of affiant

Ort, Datum, Siegel,
Place, date, seal,
State of New York,
County of Bronx

Sworn to before me this
____ day of _____, 1997

REG. ABLAGE

35

FRIEDRICH-HILLEGEIST-STR. 1
1021 WIEN,   POSTFACH 1000  VSNR    2881 290603
TELEFON (+43 1) 211 35-0 / DW    Name:
TELEFAX (+43 1) 211 35 / 5949    EISINGER ROSE    C/O ROSENBAUM
E-MAIL.pvang@pvang.sozvers.at

## LEBENSBESTÄTIGUNG

_)en und Aufenthalt des (der)

wohnhaft in _____

geboren am _____

ausgewiesen durch (Dokument) _____    werden hiemit _estät_

PVA/ANG    Best_a_
2 3. FEB. 1999
eingelangt

_____

## CERTIFICATE OF LIFE

Life and residence of Mr. / Mrs.   _ROSE EISINGER_   Best_a_

domiciled in    _WOODMERE, N.Y. 11598 (USA)_

born on _____

identified by (document) _____    are herewith certi_

_____

Unterschrift,   _Rose Eisinger_

signatu_r_e    Unterschrift des Pensionisten/der Pe_r_sion

Datum,    Unterschrift des affiant

(   Datum,   Stempel,   Ort,   date,   signature of affiant
Place,   date,   sec_l_,

GLADYS ROBINSON
NOTARY PUBLIC, State of New York
No. 01RO4621751
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires May 31, 1999

DVR: 0024180

35

RECHARGE

FRIEDRICH-HILLEGEIST-STR. 1
1021 WIEN, POSTFACH 1000
TELEFON (+43 1) 211 35-0 / DW

VSNR
Name:

2881 290608
EISINGER ROSE        C/O ROSENBAUM

## LEBENSBESTÄTIGUNG
Leben und Aufenthalt des (der)

wohnhaft in _____

geboren am _____

ausgewiesen durch (Dokument) _____

27. MRZ. 1998 ERHALTEN

Pvd. ANG
2 7. FEB. 1998
eingelangt

werden hiermit best

Beilagen:        Blatt.

## CERTIFICATE OF LIFE
Life and residence of Mr. / Mrs.

ROSE EISINGER
WOODMERE, N.Y. 11598 (USA)

domiciled in _____

born on _____

identified by (document) _____

are herewith cer

Rose Eisinger

C _____  Ort,  Datum,  Unterschrift des Pensionisten
Place,  date,  date,  signature of affiant

GLADYS ROBINSON
NOTARY PUBLIC, State of New York
No. 01RO4621754
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires May 31, 1999

Datum,  Stempel,  Unterschrift
Place,  date,  seal,  signature

State of New York
County of Bronx

Sworn to before me this
20 day of Feb 19 98

bitte hier abtrennen / detach here

FRIEDRICH-HILLEGEIST-STR.1
1021 WIEN, POSTFACH 1000
TELEFON (0222) 211 35-0 / DW

VSNR    2881 290608
Name:   EISINGER ROSE    C/O ROSENBAUM

**LEBENSBESTÄTIGUNG**
Leben und Aufenthalt des (der)

wohnhaft in

geboren am

ausgewiesen durch (Dokument)                          werden hiermit bestätigt

35
Herbert Walker

2 0. Feb. 1997

2 1. Feb. 1997

EINGANG
1 3. FEB. 1997
erledigt

are herewith certified

**CERTIFICATE OF LIFE**
Life and residence of Mr. / Mrs.    Rose Eisinger

domiciled in    Woodmere N.Y. 11698    (USA)

born on    June 29, 1908

identified by (document)

Rose Eisinger

Ort,   Datum,   Stempel,   Unterschrift
Place,   date,   seal,   signature

Ort,   Datum,
Place,   date,

NOTARY PUBLIC, State of New York
No.
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires May 31, 1997

FRIEDRICH-HILLEGEIST-STR.1
1021 WIEN,  POSTFACH 1000
TELEFON (0222) 211 35-0 / DW

VSNR      2881 290608

Name:     EISINGER ROSE

C/O ROSENBAUM

**LEBENSBESTÄTIGUNG**

Leben und Aufenthalt des (der)

wohnhaft in

geboren am

ausgewiesen durch (Dokument)

35

2. Sep. 1996

REG. ABLAGE

PVg. ANG

3 0. AUG. 1996

eingelangt

Beilagen:           Blätter 17

werden hiemit bestä

2 Sep. 1996

are herewith cert

**CERTIFICATE OF LIFE**

Life and residence of Mr. / Mrs.   _ROSE EISINGER_

domiciled in   _WOODMERE, N.Y. 11598 (USA)_

born on   _JUNE 29, 1908_

identified by (document)

_Rose Eisinger_

Ort,    Datum,    Stempel,    Unterschrift    Datum,    Unterschrift des Pensionsen
Place,   date,     seal,        signature       date)      signature of affiant

GLADYS ROBINSON
NOTARY PUBLIC, State of New York
No 01RO4621751
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires May 31, 1997

_Twenty Six of August 19_



FRIEDRICH-HILLEGEIST-STR.1    VSNR    2881 290608    35
1021 WIEN,  POSTFACH 1000
TELEFON (0222) 211 35-0 / DW    Name:    EISINGER ROSE    C/O ROSENBAUM

## LEBENSBESTÄTIGUNG

Leben und Aufenthalt des (der)

wohnhaft in _____

geboren am _____

ausgewiesen durch (Dokument) _____ werden hiermit bestätigt

## CERTIFICATE OF LIFE

Life and residence of Mr. / Mrs.    *ROSE EISINGER*

domiciled in    *WOODMERE, N.Y. 11598   (USA)*

born on    *JUNE 29, 1908*

identified by (document) _____ are herewith certified.

| O⁻  Datum, | Stempel, | signature | Ort, | Datum, | Unterschrift des Pensionisten |
|---|---|---|---|---|---|
| Place,  date, | seal, | | Place, | date, | signature of affiant |

*New York*
*April 13, 1986*

GLADYS ROBINSON
NOTARY PUBLIC, State of New York
No 01RO4621751
Qualified in Bronx County
Certificate Filed in New York County

35

Pension weiter anweisen

FRIEDRICH-HILLEGEIST-STR.1     VSNR     2881 290608
1021 WIE'    POSTFACH 1000      Name:     EISINGER ROS'    C/O ROSENBAUM
TELEFON  222) 211 35-0 / DW

## LEBENSBESTÄTIGUNG
Leben und Aufenthalt des (der)

wohnhaft in _____

geboren am _____

ausgewiesen durch (Dokument) _____    werden hiemit bestät..

PYE AKG

10. AUG. 1995   SCHMID R

## CERTIFICATE OF LIFE
Life and residence of Mr. / Mrs.    Rose Eisinger

domiciled in    Woodmere, N.Y. 11598 (USA)

born on    June 29, 1908

identified by (document) _____    are herewith certified.

Rose Orange
Unterschrift of New York
signature County of Bronx

Ort,     Datum,     Unterschrift des Pensionisten
Place,    date,     signature of affiant

GLADYS ROSENTHAL,
NOTARY PUBLIC, State of New York
No. 01RO462y781
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires May 31, 1997

Sworn to before me this
2 day of Aug 19 97

35

FRIEDRICH-HILLEGEIST-STR.1   VSNR   2881 290608
1021 WIEN, POSTFACH 1000   Name:   EISINGER ROSE
TELEFON (0222) 211 35-0 / DW
C/O ROSENBAUM

## LEBENSBESTÄTIGUNG

Leben und Aufenthalt des (der)

wohnhaft in _____

geboren am _____

ausgewiesen durch (Dokument) _____   werden hiemit bestätigt.

## CERTIFICATE OF LIFE

Life and residence of Mr. / Mrs. ROSE EISINGER

domiciled in WOODMERE N.Y. 11598 (USA)

born on JUNE 29, 1908

identified by (document) _____   are herewith certified.

_____
_____

Ort, Datum, Stempel, Unterschrift   Ort, Datum,   Unterschrift des Pensionisten
ace, date, GLADYS ROBINSON signature   State of New York Place,   signature of affiant
NOTARY PUBLIC, State of New York   County of Bronx date,
No. 03-4621751
Qualified in Bronx County   Sworn before me this
Certificate Filed in New York County   15 day of Feb 1995
Commission Expires May 31, 1995

35

FRIEDRICH-HILLEGEIST-STR.1
1021 WIEN, POSTFACH 1000
TELEFON (0222) 211 35-0 / DW

VSNR        2881 290608
Name:       EISINGER ROSE        C/O ROSENBAUM

## LEBENSBESTÄTIGUNG

Leben und Aufenthalt des (der)

wohnhaft in _____

geboren am _____

ausgewiesen durch (Dokument) _____

P.V.d. ANG

1 1. AUG. 1994 werden hiemit bestätigt.

eingelangt

Beilagen: 14

Belegart:

## CERTIFICATE OF LIFE

Life and residence of Mr. / Mrs. _ROSE EISINGER_

domiciled in _WOODMERE, NY 11598 (USA)_

born on _JUNE 29, 1908_

identified by (document) _____

_Rose Eisinger_
Unterschrift
signature

foregoing welter Lindmayr
2. Aug. 1994
are herewith certified.

_Rose Rosenbaum_

Ort, Datum, Stempel,
Place, date, seal,
**State of New York**
**County of Bronx**

Sworn to before me this
5 day of _August 1994_

Datum,
date,
GLADYS ROBINSON
NOTARY PUBLIC, State of New York
No. 03-4621751
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires May 31, 1995

Unterschrift der Partei
signature of affiant

FRIEDRICH-HILLEGEIST-STR.1       VSNR        2881 290608        35
1021 WIEN,    POSTFACH 1000
TELEFON (0222) 211 35-0 / DW     Name:       EISINGER ROSE        C/O ROSENBAUM

## LEBENSBESTÄTIGUNG

Leben und Aufenthalt des (der)

wohnhaft in

geboren am

ausgewiesen durch (Dokument)

werden hiemit bestätigt.

## CERTIFICATE OF LIFE

Life and residence of Mr. / Mrs. *ROSE EISINGER*

domiciled in    *WOODMERE NY 11598 (USA)*

born on    *JUNE 29, 1908*

identified by (document)

are herewith certified.

Signature *Rose Eisinger*

Ort,    Datum,    Stempel,    Unterschrift
Place,    date.    **GLADYS ROBINSON**
                  NOTARY PUBLIC, State of New York
                  No. 03-4521751
                  Qualified in Bronx County
                  Certificate Filed in New York County
                  Commission Expires May 31, 1995

Ort,    Place,    County of Bronx    Datum, date,

Unterschrift der Partei
Signature of affiant

35

FRIEDRICH-HILLEGEIST-STR.1
1021 WIEN,  POSTFACH 1000
TELEFON (0222) 211 35-0 / DW

VSNR          2881 290608
Name:         EISINGER ROSE      C/O ROSENBAUM

**LEBENSBESTÄTIGUNG**

Leben und Aufenthalt des (der)

wohnhaft in _____

geboren am _____

ausgewiesen durch (Dokument) _____

werden hiemit bestätigt

P Y d. ANG

1 3. AUG. 1993

15. Aug. 1993

**CERTIFICATE OF LIFE**

Life and residence of Mr. / Mrs.
*ROSE EISINGER, NÜRNBERG (USA)*
*WOODMERE, N/1498 (USA)*

domiciled in _____

born on  *JUNE 29, 1908*

identified by (document) _____

_Rose Eisinger_
Unterschrift
signature

_____   Datum,      Unterschrift der Partie
Ort,   Datum,   Stempel,      Place,  State date New York signature of affiant
Place, date,   seal,                  County of Bronx

16. Aug. 1993  SCHMID R.

are herewith certified

GLADYS ROBINSON
NOTARY PUBLIC, State of New York
No. 03-4621751
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires May 31, 19__

Sworn to before me this
day of August 1993

**REG. ABLAGE**

FRIEDRICH-HILLEGEIST-STR.1
1021 WIEN, POSTFACH 1000
TELEFON (0222) 211 35-0 / DW

VSNR: 2881 290608
Name: EISINGER ROSE   C/O ROSENBAUM

35

## LEBENSBESTÄTIGUNG
Le~~n und Aufenthalt des (der)

geboren am

wohnhaft in

werden hiemit bestätigt.

## CERTIFICATE OF LIFE
Life and residence of Mr. / Mrs.

_Rose Eisinger_

born on _June 29, 1908_

domiciled in _Woodmere, NY 11598 (USA)_

are herewith certified.

_Rose Eisinger_

Ort,   Datum,   Stempel,
Place,   date,   seal,

Unterschrift
signature

GLADYS ROBINSON
Notary Public, State of New York
No. 04-8217761
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires May 31, 1993

State of New York
County of Bronx

Sworn to before me this
_1_ day of _March_ 19_93_

10. MÄRZ 1993

Beilagen:    Beabei le
SCHIDR

- 8. MRZ. 1993
eingelangt

35

FRIEDRICH-HILLEGEIST-STR.1
1021 WIEN, POSTFACH 1000
TELEFON (0222) 211 35-0 / DW

VSNR            2881 290608
Name:           EISINGER ROSE          C/O ROSENBAUM

## LEBENSBESTÄTIGUNG
Leben und Aufenthalt des (der)

geb. am

wohnhaft in

werden hiemit bestätigt.

PVArb

3 1. AUG. 1992

eingelangt

Beilagen.              Bank: 1f

## CERTIFICATE OF LIFE
Life and residence of Mr. / Mrs. Rose Rosnberr

born on _____ June 29, 1908

domiciled in _____ Woodmere, NY. 11598 (USA)

are herewith certified

Rose Rosinger

Ort, Datum, Newstempel,              Unterschrift
Place, date of                       signature

Sworn to before me this
21 day of

GLADYS ROBINSON
Notary Public, State of New York
No. 31-4621761
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires May 31, 1993

FRIEDRICH HILLEGEIST (IAV)   Vorn   2061 290608
WIEN – POSTFACH 1764   Kurbe   ELSINGER ROSE   C/O ROSENBAUM
FON (0270) 211 30-0 / DW

**LEBENS BESTÄTIGUNG**
Leben und Aufenthalt des (der)

geboren am
wohnhaft in

hiermit / wird bestätigt.

**CERTIFICATE OF LIFE**
Life and residence of the

born on

proved of

is hereby verified

**ERKLÄRUNG ÜBER EINKOMMENSVERHÄLTNISSE**

**DECLARATION OF INCOME**

Rose Elsinger

FRIEDRICH-HILLEGEIST-STR.1   VSNR   2881 290608
1021 WIEN   POSTFACH 1000   EISINGER ROSE   C/O ROSENBAUM
TELEFON (0222) 217 36 37 / DW   Name

LEBENSBESTÄTIGUNG
Leben und Aufenthalt des (der)

geboren am
wohnhaft in

werden hiemit bestätigt

CERTIFICATE OF LIFE
Life and residence of the here

born on
domiciled in

are hereby certified
Rose Eisinger

Ort   Datum   Stempel   Unterschrift   State of New York
Place   date   seal   signature   County of Bronx

Sworn to before me the
__ day of February 19 __

44

FRIEDRICH-HILLEGEST-STR.  VSNR  2881 290608                                    35  Pens
1021 WIEN   POSTFACH 1000
TELEFON (0222) 2 | 63-0 / DW  Name  EISINGER ROSE  C/O ROSENBAUM

LEBENSBESTÄTIGUNG                    ERKLÄRUNG ÜBER EINKOMMENSVERHÄLTNISSE

Leben und Aufenthalt des (der)      Ich erkläre wahrheitsgemäß, daß ich in der Zeit vom 1.3.1999  bis 31.8.1999

                                    ☐ nicht erwerbstätig war.

geboren am                          ☐ in einem Dienstverhältnis mit einem Engelt von monatlich

wohnhaft in                              brutto                    stand. Eine Dienstgeberbestätigung liegt bei.

                                    ☐ selbständig erwerbstätig war. Meine Einkünfte aus dieser Tätigkeit
werden hiermit bestätigt                 betrugen im obigen Zeitraum insgesamt


CERTIFICATE OF LIFE                 DECLARATION OF INCOME

Life and residence of Mr./Mrs.)     I truthfully declare that during the period from 1.3.1999  to 31.8.1999

                                    ☒ I was not gainfully employed.

born on                             ☐ I was employed, drawing a pay of monthly         gross.
                                        A confirmation of the employer is attached.
domiciled in
                                    ☐ I was self - employed. My income from this activity amounted in
are herewith certified                  the above period to

Ort    Datum   Stempel  Unterschrift        Ort    Datum    Unterschrift der Partei
                        signature                                signature of client

FRIEDRICH-HILLEGEIST-STR. 1          VGNM    2887 290608
1011 WIEN    POSTFACH 1000          Name    EISINGER ROSE   C/O ROSENBAUM
TELEFON (0222) 611 35-0 / DW

**LEBENSBESTÄTIGUNG**

Leben und Aufenthalt des (der) _____   heute, den _____

geboren am _____   19___
wohnhaft in _____

werden hiermit bestätigt.

                                                    [ 1 8 AUG 99 ]

**CERTIFICATE OF LIFE**

Life and residence of Mr./Mrs. _____   Religion _____

born on _____
domiciled in _____ Bronx, NY 10 _____ (USA) _____

are hereby certified.

            Rose Eisinger

Ort, Datum,    Stempel,    Unterschrift   State of New York
Place, date,   seal        signature      Bronx County of Bronx

FRIEDRICH-HILLEGEIST-STR.1    VSNR    2881 290608                           35
1021 WIEN   POSTFACH 1000
TELEFON (0222) 211-35-0 / DW    Name    EISINGER ROSE    C/O ROSENBAUM

**Lebensbestätigung**

Leben und Aufenthalt des (der)

geboren am _____

wohnhaft in _____

werden hiermit bestätigt.

**Erklärung über Einkommensverhältnisse**

Ich erkläre wahrheitsgemäß, daß ich in der Zeit vom  1. 8. 1989 bis 28. 2. 1990

☑ nicht erwerbstätig war

☐ in einem Dienstverhältnis mit einem Entgelt von monatlich
   brutto _____ stand. Eine Dienstgeberbestätigung liegt bei.

☑ selbständig erwerbstätig war. Meine Einkünfte aus dieser Tätigkeit
   betrugen im obigen Zeitraum insgesamt _____

**Certificate of Life**

Life and residence of Mr. / Mrs.

*Rose Eisinger*

born on *June 29, 1908*

domiciled in *Brooklyn NY 11219 USA*

are herewith certified.

*Rose Eisinger*

City _____
Place _____    Signature / Unterschrift

**Declaration of Income**

I truthfully declare that during the period from 1. 8. 1989 to 28. 2. 1990

☑ was not gainfully employed.

☐ was employed at salary / rate of monthly _____ gross.
   A confirmation of the employer is attached.

☐ was self - employed. My income from this activity amounted in total
   the above period to: _____

*Rose Eisinger*

city _____
Place _____    date
                                     signature of affiant

# EXHIBIT "E"

Case 1:07-cv-05306-TLM-RLM Document 1 Filed 12/18/07 Page 52 of 55 PageID #: 52

7/2/90

Gentlemen,

Please be advised that my mother Rose Eisengut did not receive her monthly pension check for the work of February.

Kindly look into the matter and push it to its end.

Konto # 0012-0186/00

Rose Eisengut
% A Rosenbaum
...
Woodmere, NY 11598
USA

VERSICHERUNGSNUMMER (2881-290608-1 M)

Case 1:07-cv-09300-TLM-RLM  Document 1  Filed 12/18/07  Page 53 of 55 PageID #: 53

March 1/1990

1 2 MRZ 1990

1881 890605/20

13 Mär 1990 Home

Gentlemen,

Please be advised that of this date
any further fees received has not secured me monthly
premium slash for the month of February

The last slash received was for the month of January

for $ 44269 (Ref^d 622349)

Thanks by details copied and to you regarding
this matter.

Kindly forward the check at your earliest convenient
and take sure these errors do not occur in the future.

Yours truly,

R.W. Rosen
H.A. Rosenstein
1881 Ave
Brooklyn, NY 1193
(S)

# EXHIBIT "F"

Osteff. General
New-York,

Eingel. am   1 0. Okt. 2006

Zl. **1545/3/06**

9/15/06

55

Sonja Rosenbaum
1 Club Dr. 1AR
Woodmere, N.Y.
11598

Dear Mr. Janitz,
I am in receipt of your letter
dated August 8, 2006. Please be
advised that my husband, alphons
Rosenbaum, passed away on September
26, 2005 at the Westchester Medical
center in Valhalla, new York.
I have enclosed checks sent to
my husband, as I did not know
prior to receiving your letter
to whom or where they should
be returned.
Thank you,
Sonja Rosenbaum

enc - 9 checks
Ref. no - 1545/1/06