# HARNIK WILKER & FINKELSTEIN LLP

Attorneys at Law
Olympic Tower • 645 Fifth Avenue, 7th Floor • New York, New York 10022 - 5937
Phone: (212) 599-7575 • Fax: (212) 867-8120 • www.harnik.com
Email: office@harnik.com

IRA A. FINKELSTEIN
STEPHEN M. HARNIK

LUKAS M. STUHLPFARRER*
CHRISTIAN VOTAVA

\* MBA, LLM (not admitted)

Of Counsel:

DENISE G. DARMANIAN
NICHOLAS A. GALLO, III**
HENRY O. LEICHTER
STEPHEN P. H. RACHLIS
P. JAY WILKER

**New Jersey Bar and
  Bar of U.S. Patent Office only

May 7, 2008

Honorable Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    **Pensionsversicherungsanstalt v.**
                   **Estate of Rose Eisinger a/k/a Rose Weitz, et al**
                   **U.S. District Court, Eastern District of New York**
                   **Docket No. 07-5300**

Dear Magistrate Judge Mann:

      We are the attorneys for plaintiff in the above. As your Honor may recall from our conference on April 15, 2008, plaintiff has so far been unable to locate defendant Gladys Robinson who acted as a notary in this matter. At the conference, Lew Silverman, Esq., counsel for defendant Sonja Rosenbaum, kindly offered to speak with his client to find out if she had any leads as to Ms. Robinson's whereabouts, but on May 5, 2008 Mr. Silverman told us that his client has none. The NYS Department of Corporations, Division of Licensing website has no record of Ms. Robinson, however, we suspect that that may be because she is not currently a notary. Moreover, any further information is not publicly available. Accordingly, we have prepared the enclosed subpoena directed to the Division requesting information as to Ms. Robinson's notary license and her last known address. CPLR § 2307 requires a subpoena *duces tecum* to be served upon a government department to be issued by a judge. Therefore, we request herewith that your Honor "so Order" this subpoena to enable us to serve it.

      Thank you.

                                   Respectfully,

                                   Stephen M. Harnik (SH 9889)

SMH:sc
encl.
CC: Lewis R. Silverman, Esq.

AO 88 (Rev. 11/91) Subpoena in a Civi

# United States District Court

EASTERN _____ DISTRICT OF _____ NEW YORK

Pensionsversicherungsanstalt,
                Plaintiffs,

V.

The Estate of Rose Eisinger;
Sonja Rosenbaum individually and as
distributee of the Estate of Alphons Rosenbaum
Galdys Robinson and Philip L. Greenblat,
                Defendants.

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 07 CIV 5300 (FB)(RLM)

TO:
NYS Department of State, Division of Licensing Services
Alfred E. Smith Office Building
80 S. Swan Street, 10th Floor, Albany, NY 12210

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

                SEE EXHIBIT "A"

| PLACE | DATE AND TIME |
|---|---|
| Harnik Wilker & Finkelstein LLP<br>645 Fifth Avenue, Suite 703<br>New York, NY 10022-5937 | May 23, 2008<br>9:30 A.M. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /s/ Stephen M. H. | May 6, 2008 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Stephen M. Harnik, Esq., Harnik Wilker & Finkelstein LLP
645 Fifth Avenue, Suite 703, New York, NY 10022-5937; Tel. No.212-5997575

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

EXHIBIT "A"

1. Any and all records showing a notary license belonging to "GLADYS ROBINSON Notary Public, State of New York, No. 03-4621751 qualified in Bronx County." Upon information and belief, Ms. Robinson's Commission last expired May 31, 1993.

2. Your production of the requested information shall obviate the need for personal attendance.