# HARNIK WILKER & FINKELSTEIN LLP

Attorneys at Law
Olympic Tower • 645 Fifth Avenue, 7th Floor • New York, New York 10022 - 5937
Phone: (212) 599-7575 • Fax: (212) 867-8120 • www.harnik.com
Email: office@harnik.com

| | |
|---|---|
| IRA A. FINKELSTEIN<br>STEPHEN M. HARNIK<br>_____<br>LUKAS M. STUHLPFARRER*<br>CHRISTIAN VOTAVA<br>_____<br>* MBA, LLM (not admitted) | Of Counsel:<br><br>DENISE G. DARMANIAN<br>NICHOLAS A. GALLO, III**<br>HENRY O. LEICHTER<br>STEPHEN P. H. RACHLIS<br>P. JAY WILKER<br>_____<br>**New Jersey Bar and<br>   Bar of U.S. Patent Office only |

June 19, 2008

Honorable Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: **Pensionsversicherungsanstalt v.**
         **Estate of Rose Eisinger a/k/a Rose Weitz, et al**
         **U.S. District Court, Eastern District of New York**
         **Docket No. 07-5300**

Dear Magistrate Judge Mann:

  We are the attorneys for plaintiff in the above. Following up on my telecon this morning with Jennifer from Chambers, this will confirm that in consideration of the Amended Notice of Appearance filed by defendant Greenblatt's attorneys, Burke, Scolamiero, Mortati & Hurd, LLP, dated June 18, 2008, and Greenblatt's agreement to respond to the Complaint on or before July 9, 2008, plaintiff has agreed to withdraw its application for a default judgment against Greenblatt filed on June 17, 2008.

           Respectfully,

           */s/ Stephen M. Harnik*

           Stephen M. Harnik (SH 9889)

SMH:sc
encl.
CC: Lewis R. Silverman, Esq.
  Gerald D. D'Amelia, Jr. Esq.