# Burke, Scolamiero, Mortati & Hurd, LLP

Attorneys and Counselors at Law
www.bsmhlawfirm.com

| | | | |
|---|---|---|---|
| Kevin P. Burke<br>Peter M. Scolamiero<br>Thomas J. Mortati*<br>Jeffrey Earl Hurd**<br>Terese P. Burke *** | 302 Washington Avenue Ext.<br>P.O. Box 15085<br>Albany, New York 12212-5085<br>Telephone: (518) 862-1386<br>Facsimile: (518) 862-1393 | 310 East Chestnut Street<br>Suite #10<br>Rome, New York 13440<br>Telephone: (315) 533-6512<br>Facsimile: (315) 533-6449 | Gerald D. D'Amelia, Jr.<br>Thomas J. Reilly<br>Judith B. Aumand |

\* Also Admitted in CT
\*\* Also Admitted in MN
\*\*\*Also Admitted in MA

PLEASE RESPOND TO ALBANY OFFICE

August 4, 2008

**Via Electronic Filing**

Hon. Frederick Block
U.S. District Court, Eastern District
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: Pensionsversicherungsanstalt v. Philip L. Greenblatt, et al.
     Our File No.: 6029.001

Dear Judge Block:

  I represent defendant Philip Greenblatt in the above-captioned matter. I am writing in support of the letter of Lewis R. Silverman, Esq. (Counsel for Defendant Sonja Rosenbaum) and in opposition to plaintiff's recent letter seeking to engage in discovery. Please note that we only recently appeared on behalf of defendant Greenblatt with the filing of our answer on July 9, 2008. A discovery schedule had been entered prior to our appearance on behalf of Mr. Greenblatt. The parties were in the process of trying to arrange for mediation with plaintiff's counsel also trying to serve the one remaining defendant (Robinson) who had not even been served (and we are advised that defendant Robinson has now been served).

  We agree that discovery should be stayed while defendant Rosenbaum's FRCP 12(c) motion to dismiss is decided. I thank you for your time and consideration of this matter.

                Respectfully submitted,

                BURKE, SCOLAMIERO, MORTATI & HURD, LLP

                By: _____
                  THOMAS J. MORTATI
                 Email: tom@bsmhlawfirm.com

TJM/jr

{A0100053.1 }

Hon. Frederick Block
August 4, 2008
Page 2 of 2

cc:    Lewis R. Silverman, Esq.
Rutherford & Christie, LLP
369 Lexington Avenue
8th Floor
New York, New York   10007-6506

Stephen M. Harnik, Esq.
Harnik Wilker & Finkelstein, LLP
645 Fifth Avenue, 7th Floor
New York, New York   10022