Harnik Wilker & Finkelstein LLP
Stephen M. Harnik, Esq. (SMH 9889)
Attorneys for Pensionsversicherungsanstalt
645 Fifth Avenue, 7th Floor
New York, New York 10022
Tel. No. (212) 599-7575
Facsimile (212) 867-8120
Email: stephen@harnik.com

IN THE UNITED DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
Pensionsversicherungsanstalt

                                        **Docket No. 07-5300**

                  Plaintiff,                  **Notice of Motion**

     - against -
The Estate of Rose Eisinger;
Sonja Rosenbaum individually and as
distributee of the Estate of Alphons Rosenbaum;
Gladys Robinson and Phillip L. Greenblatt,

                  Defendants.
-------------------------------------------------------------X

      PLEASE TAKE NOTICE, that upon the Declaration of Stephen M. Harnik, Esq. dated August 19, 2008 with exhibits attached, and upon all prior pleadings and proceedings had herein, the undersigned will move this Honorable Court, on such date and at such time as the Court shall direct, at the Federal Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order pursuant to Fed. R. Civ. P. 4(f)(2)(B) and 28 USC § 1782 for International Judicial assistance in the form of LETTERS ROGATORY to obtain evidence to be used in this proceeding, and for such other and further relief as the Court deems just, proper and equitable under the circumstances.

1

Dated: August 19, 2008
      New York, New York

                                        Harnik Wilker & Finkelstein LLP

                                        by: Stephen M. Harnik (SH9889)
                                        Attorneys for Plaintiff
                                        Pensionsversicherungsanstalt
                                        645 Fifth Avenue, 7th Floor
                                        New York, NY 10022
                                        (212) 599-7575

To:     Lewis Silverman, Esq.
          Rutherford & Christie, LLP
          Attorneys for Sonja Rosenbaum
          369 Lexington Avenue, 8th Floor
          New York, NY 10017

          Thomas J. Mortati, Esq.
          Burke, Scolamiero, Mortati & Hurd, LLP
          Attorneys for Phillip L. Greenblatt
          302 Washington Avenue Extension
          P.O. Box 15085
          Albany, New York 12212

          Law Office of Henry Putzel, III
          565 Fifth Ave.,
          New York, NY 10017
          Attorneys for Defendant Robinson-Wray (awaiting Notice of Appearance)