UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

Pensionversicherungsanstalt,

           Plaintiff,

    07-cv-05300 (FB) (RLM)

-vs-

The Estate of Rose Eisinger, et al.,

    STIPULATION AND ORDER

           Defendants.
-------------------------------------------------------------------

    **IT IS HEREBY STIPULATED**, by and between Plaintiff Pensionversicherungsanstalt and Defendant Gladys Robinson Wray, by and through their attorneys, that Defendant Robinson Wray's time to answer or move with respect to the complaint is adjourned *sine die* until twenty days after the service of an amended complaint in this action.

Dated:    October 28, 2008
           New York, New York

    /s/
Lucia T. Chapman
(LC 1767)
*Of Counsel*
Law Office of Henry Putzel, III
565 Fifth Avenue
New York, New York 10017
(212) 661-0066
luciatchapman@aol.com

    /s/
Stephen M. Harnik
(SH 9889)
HarnikWilker & Finkelstein LLP
Olympic Tower
645 Fifth Avenue – 7th Floor
New York, New York 10022
stephen@harnik.com

**SO ORDERED:**

_____

Date:

To:      Stephen M. Harnik, Esquire
HarnikWilker & Finkelstein LLP
Olympic Tower
645 Fifth Avenue – 7th Floor
New York, New York 10022

Lewis R. Silverman, Esquire
Rutherford & Christie, LLP
369 Lexington Avenue – 8th Floor
New York, New York 10017

Thomas J. Mortati, Esquire
Burke, Scolamiero, Mortati & Hurd, LLP
302 Washington Avenue Extention
P.O. Box 15085
Albany, New York 12212

## CERTIFICATE OF SERVICE

I am an attorney in good standing, duly admitted to practice before this Court. I hereby certify and affirm that, on October 28, 2008, I caused a true and correct copy of the annexed STIPULATION AND ORDER to be served by placing the same in a sealed envelope, with fees prepaid thereon, in a designated depository of the United States Postal Service within the State of New York addressed to:

Stephen M. Harnik, Esquire
HarnikWilker & Finkelstein LLP
Olympic Tower
645 Fifth Avenue – 7th Floor
New York, New York 10022

Lewis R. Silverman, Esquire
Rutherford & Christie, LLP
369 Lexington Avenue – 8th Floor
New York, New York 10017

Thomas J. Mortati, Esquire
Burke, Scolamiero, Mortati & Hurd, LLP
302 Washington Avenue Extention
P.O. Box 15085
Albany, New York 12212

Dated:   October 28, 2008
         New York, New York

　　　　　　　　　　　　　　　　　　　　　　/s/
Lucia T. Chapman
(LC 1767)
*Of Counsel*
Law Office of Henry Putzel, III
565 Fifth Avenue
New York, New York 10017
(212) 661-0066
luciatchapman@aol.com

3