UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PENSIONSVERSICHERUNGSANSTALT

              Plaintiff,                        **MEMORANDUM AND ORDER**

  -against-                                     Case No. CV-07-5300 (FB) (RLM)

THE ESTATE OF ROSE EISINGER, SONJA
ROSENBAUM, individually and as distributee
of the Estate of Alphons Rosenbaum, GLADYS
ROBINSON, and PHILLIP L. GREENBLATT

              Defendants.
-----------------------------------------------------------x

*Appearances*

| *For the Plaintiff:* | *For the Defendant Sonja Rosenbaum*: |
|---|---|
| STEPHEN MICHAEL HARNICK, ESQ. | LEWIS R. SILVERMAN, ESQ. |
| Harnik & Finkelstein | Rutherford & Christie, LLP |
| 405 Lexington Avenue, 42nd Floor | 369 Lexington Avenue, 8th Floor |
| New York, NY 10174 | New York, NY 10017-5947 |

*For the Defendant Gladys Robinson*:
LUCIA TULLY CHAPMAN, ESQ.
Law Office of Henry Putzel, III
565 Fifth Avenue, 9th Floor
New York, NY 10017

*For the Defendant Phillip L. Greenblatt*:
THOMAS JOSEPH MORTATI, ESQ.
Burke, Scolamiero, Mortati & Hurd, LLP
9 Washington Square, Suite 201
P.O. Box 15085
Albany, NY 11212-5085

**BLOCK, Senior District Judge:**

        At oral argument on September 18, 2009, plaintiff requested that "discovery [be] opened for the purposes of getting [the checks here at issue from Bank Austria,]" Hr'g Tr. 13:6-7; the Court granted plaintiff's request. By letter of October 30, 2009, plaintiff informed the Court that it

1

had obtained copies of the checks and sought leave to conduct additional discovery of the banks in which the checks were deposited. Defendants Rosenbaum and Greenblatt oppose the request.

Plaintiff represented to the Court that obtaining copies of the check from Bank Austria "is all [it is] asking for." Tr. 13:15. The Court holds plaintiff to its representation and declines to modify its Order of September 18, 2009, and reopen discovery. *See Petrosino v. Bell Atlantic*, 385 F.3d 210, 232 (2d Cir. 2004) (It is within the "sound discretion of the district court whether to grant further discovery.").

Should the parties wish to proceed with motions for summary judgment, such motions must be made within 30 days of the issuance of this Order and in accordance with the Court's rules and procedures. If no such motion is made, the Court will set the matter down for trial.

**SO ORDERED.**

_____
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
November 20, 2009